# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ART CALDERON,<br><br>　　　　　Respondent._____/ | CV F 01-5994 OWW DLB HC<br><br>ORDER APPOINTING COUNSEL AND DIRECTING COUNSEL TO FILE BRIEF PURSUANT TO NINTH CIRCUIT'S REMAND<br><br>[Doc. 28] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed the instant petition for writ of habeas corpus on August 2, 2001. On February 11, 2002, the Court issued an order to show cause why the petition should not be dismissed for lack of an original signature. Petitioner filed an amended petition which contained an original signature on February 28, 2002. On April 2, 2002, the Court issued an order to show cause why the amended petition should not be dismissed for failing to exhaust the state court remedies. After the grant of an extension of time, Petitioner failed to comply with the Court's order. Therefore, on July 3, 2002, the Court issued a Report and Recommendation recommending that the action be dismissed for failure to comply with the court's order. On July 16, 2002, Petitioner filed a motion for the appointment of counsel, and on July 25, 2002, Petitioner filed objections to the Report and Recommendation. On July 30, 2002, the Court denied Petitioner's request for the appointment of counsel, and on August 22, 2002, the action

1  was dismissed and judgment was entered.

2      Petitioner filed a notice of appeal with the Ninth Circuit Court of Appeals on September 25, 2002. On May 27, 2005, the Ninth Circuit reversed and remanded the action.

    Pursuant to the Ninth Circuit's remand, the appointment of counsel is necessary for resolution of this case. Therefore, the Office of the Federal Defender will be appointed to represent Petitioner.

    Petitioner shall, through appointed counsel, file a brief addressing whether, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, the appointment of a guardian ad litem is necessary and, if so, who the designated individual shall be.

    Based on the foregoing, it is HEREBY ORDERED that:

1. The Office of the Federal Defender is ORDERED to represent Petitioner;
2. Within **thirty (30)** days from the date of service of this order, Petitioner shall submit briefing on whether the appointment of a guardian ad litem is necessary;
3. Within **thirty (30)** days from the date of filing of Petitioner's briefing, Respondent may file a response; and
4. The Clerk of Court is directed to serve a copy of this order on the Office of the Federal Defender, David M. Porter, 801 I Street, 3rd Floor, Sacramento, CA, 95814.

IT IS SO ORDERED.

**Dated:   June 14, 2005**          /s/ Dennis L. Beck
3b142a                              UNITED STATES MAGISTRATE JUDGE