# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN, | CV F 01-5994 OWW DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE BRIEF |
| v. | |
| ART CALDERON, | [Doc. 31] |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 27, 2005, the Ninth Circuit Court of Appeals remanded this action to this Court. On June 15, 2005, this Court issued an order appointing the Office of the Federal Defender to represent Petitioner and ordered that Petitioner file briefing on whether the appointment of a guardian ad litem is necessary within thirty days from the date of service.   On July 12, 2005, Petitioner filed a request for an extension of time to file his briefing to and including September 14, 2005.

    Good cause having been demonstrated, Petitioner's request is GRANTED and Petitioner's briefing is due on or before September 14, 2005.

    IT IS SO ORDERED.

Dated:   August 15, 2005            /s/ Dennis L. Beck
ah0l4d                              UNITED STATES MAGISTRATE JUDGE

1