# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN, | CV F 01-5994 OWW DLB HC |
| Petitioner, | ORDER ON STIPULATION |
| v. | [Doc. 44] |
| ART CALDERON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Having received and reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Petitioner's Traverse scheduled for filing on June 28, 2006, is extended to the new date of July 21, 2006.

IT IS SO ORDERED.

Dated:    July 14, 2006                            /s/ Dennis L. Beck
ah0l4d                                             UNITED STATES MAGISTRATE JUDGE