# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN,<br><br>           Petitioner,<br><br>     v.<br><br>ART CALDERON,<br><br>           Respondent.<br>_____/ | CV F 01-5994 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Doc. 46] |

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Carolyn Phillips, Esq.

     Pending before the Court is Petitioner's second request for an extension of time to file a traverse, filed July 20, 2006. (Court Doc. 46.) Good cause having been shown, Petitioner's request is GRANTED, and Petitioner's traverse shall be filed on or before August 21, 2006.

     IT IS SO ORDERED.

    **Dated:   July 21, 2006**                                  **/s/ Dennis L. Beck**
ah0l4d                                                              UNITED STATES MAGISTRATE JUDGE

1