# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN, | CV F 01-5994 OWW DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S EX PARTE REQUEST FOR EXTENSION OF TIME |
| v. | |
| | [Doc. 48] |
| ART CALDERON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Carolyn Phillips, Esq.

On August 22, 2006, Petitioner filed an ex parte request to file a responsive pleading no later than August 25, 2006. (Court Doc. 48.) On August 25, 2006, Petitioner filed his responsive pleading. (Court Doc. 49.)

Inasmuch as plaintiff filed the traverse on August 25, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   August 29, 2006             /s/ Dennis L. Beck
ah0l4d                               UNITED STATES MAGISTRATE JUDGE

1