# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN, | CV F 01-5994 OWW DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| v. | [Doc. 56] |
| ART CALDERON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Carolyn D. Phillips, Esq.

On December 18, 2007, Petitioner filed a request for an extension of time to file his brief pursuant to the Court's December 4, 2007, order. (Court Doc. 56.) GOOD CAUSE having been demonstrated, Petitioner's request is GRANTED and the supplement brief shall be filed on or before February 4, 2008.

IT IS SO ORDERED.

Dated: **January 4, 2008**             /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE