# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN, | CV F 01-5994 OWW DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND AND THIRD REQUESTS FOR EXTENSIONS OF TIME |
| v. | |
| ART CALDERON, | [Docs. 59, 63] |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Carolyn D. Phillips, Esq.

Now pending before the Court is Petitioner's second and third requests for extensions of time to file a supplemental brief.  (Court Docs. 59, 63.)

In as much as GOOD CAUSE has been demonstrated in Petitioner's second and third requests for extensions of time, it is HEREBY ORDERED that Petitioner's requests are GRANTED, and the supplemental brief is due on or before April 7, 2008.


IT IS SO ORDERED.

Dated:   **March 13, 2008**          /s/ **Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE

1