# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE ALLEN, | CV F 01-5994 OWW DLB HC |
| Petitioner, | ORDER VACATING MOTION HEARING DATE SET FOR JULY 18, 2008 AT 9:00 a.m. |
| v. | |
| | [Doc. 70] |
| ART CALDERON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Carolyn D. Phillips, Esq.

On June 3, 2008, Petitioner filed a motion to amend the complaint and set a hearing date for July 18, 2008, at 9:00 a.m. before the undersigned.  Because this Court's order of February 27, 2006 (Court Document 40), advised that "[a]ll motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court," the Court will hereby vacate the hearing date, and after the expiration of the time for filing an opposition and reply, the Court will either take the matter under submission or set a hearing date, if necessary.

Accordingly, it is HEREBY ORDERED that the hearing date set for July 18, 2008, at 9:00 a.m. before the undersigned is VACATED.

IT IS SO ORDERED.

Dated:    **June 10, 2008**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1